UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APRIL HAWKEN,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

Civil No. 1:20-CV-00190

Ray Kent
United States Magistrate Judge

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this matter to the Commissioner for further proceedings pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Date: October 20, 2020

                            /s/ Ray Kent
                            Ray Kent
                            United States Magistrate Judge